IN THE SUPREME COURT OF TEXAS

 ((((((((((((((((
 No. 10-0022
 ((((((((((((((((

 Statewide Bank, Petitioner

 v.

 Anita Keith, Respondent

 ((((((((((((((((((((((((((((((((((((((((((((((((((((
 On Petition for Review
 ((((((((((((((((((((((((((((((((((((((((((((((((((((

 ORDER

 1. The parties’ motions to abate the case pending Anita Keith’s exhaustion of
administrative remedies under 12 U.S.C. § 1821(d)(3)–(13) are GRANTED, and this case is ABATED
effective as of July 2, 2010.
 2. This case is abated pursuant to Tex. R. App. P. 60.6 until further order of this Court
and is removed from the Court's active docket, subject to reinstatement upon proper motion. It is
the parties' responsibility to immediately notify this Court once Keith has exhausted her
administrative remedies under 12 U.S.C. § 1821(d)(3)–(13).

 Done at the City of Austin, this 2nd day of July, 2010.

 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk